# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IGNACY GREEN, PATRICK COOPER, as representatives of the class, | ) ) ) | |
| Plaintiffs, | ) ) | No. 09 C 0616 |
| v. | ) ) | Judge Matthew Kennelly |
| THE UPS HEALTH AND WELFARE PACKAGE FOR RETIRED EMPLOYEES, UNITED PARCEL SERVICE OF AMERICA, INC. and PLAN ADMINISTRATOR | ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

## MOTION FOR RULE 58(A) ENTRY OF JUDGMENT

Defendants United Parcel Service, Inc., the UPS Health and Welfare Package for Retired Employees, and the Plan Administrator ("Defendants") hereby move the Court to enter a separate document setting forth the amended judgment in this matter, under Fed. R. Civ. P. 58. In support of this motion, Defendants state as follows:

1. On May 6, 2009, the Court entered an Order of Final Judgment against Defendants. (Docket # 53.)

2. On May 20, 2009, Defendants filed a motion to amend the judgment to allow Defendants to pay the interest amounts due under the Court's judgment individually by check to each class member rather than by a credit. (Docket # 54.)

3. On May 28, 2009, the Court entered a minute order granting Defendants' motion to amend the May 6, 2009 judgment. (Docket # 56.)

4. Pursuant to Kunz v. DeFelice, 538 F.3d 667, 672-74 (7th Cir. 2008), Defendants believe that a separate document setting forth the amended judgment language is required by Fed. R. Civ. P. 58(a).

5. Fed. R. Civ. P. 58(d) provides that a party may request that judgment be set out in a separate document.

WHEREFORE, Defendants hereby move the Court to enter a separate document setting forth the amended judgment.

Respectfully submitted,

THE UPS HEALTH AND WELFARE PACKAGE FOR RETIRED EMPLOYEES, UNITED PARCEL SERVICE OF AMERICA, INC., and PLAN ADMINISTRATOR

By:   s/Gary R. Clark
      **Counsel of Record**

John A. Klages, ARDC #06196781
Gary R. Clark, ARDC #06271092
Andrew Hettinga, ARDC #6296735
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661
(312) 715 – 5000
(312) 715-5155 (fax)
jk2@quarles.com
gclark@quarles.com
ahetting@quarles.com

# CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of June, 2009, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system at the email addresses indicated below. Parties may access this filing through the Court's system:

>Jeffrey Bensley Gilbert
>jgilbert@jjsgd.com
>Johnson, Jones Snelling & Gilbert
>Suite 1310
>36 South Wabash Street
>Chicago, IL 60603
>
>Stephen Jay Rosenblat
>srosenblat@baumsigman.com
>Patrick N. Ryan
>pryan@baumsigman.com
>Baum, Sigman, Auerbach, Pierson,
>Neuman & Katsaros, Ltd.
>Suite 2200
>200 West Adams Street
>Chicago, IL  60606

>　　　　　s/Gary R. Clark　　　　
>　　　　　Gary R. Clark

QB\8149381.1