**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Ignacy Green, et al.

Plaintiff,

v.

Case No.:
1:09−cv−00616

Honorable
Matthew F.
Kennelly

The UPS Health and Welfare Package for Retired
Employees and UPS Health, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 5, 2009:

MINUTE entry before the Honorable Matthew F. Kennelly: Resopnse to bill of costs is to be filed by 6/19/09; reply to response is to be filed by 6/26/09. The Court will rule by mail. mailed notice (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.