# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 616 | **DATE** | 6/5/2009 |
| **CASE TITLE** | Green vs. The UPS Health and Welfare | | |

**DOCKET ENTRY TEXT**

Defendants' motion for Rule 58(a) entry of judgment is granted (73). The Clerk is directed to enter an amended judgment.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | OR |
|---|---|---|