# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 616 | **DATE** | 7/13/2009 |
| **CASE TITLE** | Green vs. UPS Health & Welfare | | |

**DOCKET ENTRY TEXT**

Plaintiffs' unopposed motion for an award of attorney's fees is granted. Attorney's fees are awarded to plaintiff in the amount of $88,169.02, provided, however, that plaintiffs will not attempt to enforce or collect the award until appeals in this case are concluded and that if defendants reserve the right to contest the award if the prevail on appeal, the case is remanded to this court, or the judgment is vacated, reversed, or modified.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|